# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50231 | **DATE** | 12/17/2010 |
| **CASE TITLE** | Thrivent Financial for Lutherans vs. Rath, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons set forth below, David Rath is defaulted for failure to appear and answer. The motion for default judgment is entered in favor of Vanya Moritz, Thomas Rath and Rebecca Rath and against David Rath. The funds held by the court shall be disbursed to the trust account of Attorney Nathan J. Noble for distribution in equal shares to Vanya Moritz, Thomas Rath and Rebecca Rath. Any claim of David Rath to these funds is extinguished. The motion for summary judgment is stricken as moot. This case is terminated.

*Philip G. Reinhard*

Electronic Notices

## STATEMENT - OPINION

Plaintiff filed this interpleader action, deposited the sum of $39,473.25 with the court, and was discharged from any and all liability in this matter by order of the magistrate judge entered 12/16/2008. Vanya Moritz, Thomas Rath and Rebecca Rath now seek an entry of default, default judgment against David Rath, and summary judgment directing the payment of the sum on deposit with the court to them and to the exclusion of David. David was served with a summons and complaint in this case on 11/4/2008. He has not filed an appearance or an answer. On 11/10/2008, he filed a letter with this court stating he did not wish to dispute the matter. On 8/24/2010 David was convicted in state court of the murder of Phyllis Rath. It is her death that generated the insurance proceeds which are the subject matter of this action. Based on the record and the affidavit of counsel for Vanya, Thomas and Rebecca, David Rath is defaulted for failure to appear and answer. The motion for default judgment is entered in favor of Vanya Moritz, Thomas Rath and Rebecca Rath and against David Rath. The funds held by the court shall be disbursed to the trust account of Attorney Nathan J. Noble for distribution in equal shares to Vanya Moritz, Thomas Rath and Rebecca Rath. Any claim of David Rath to these funds is extinguished. The motion for summary judgment is stricken as moot. This case is terminated.

| | Courtroom Deputy Initials: | LC |
|---|---|---|